IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 07-cv-00618-MSK-BNB

APR 2 7 2007

RITA J. ERICKSON, #124753,

GREGORY C. LANGHAM
CLERK

     Plaintiff,

v.

LIEUTENANT LEE NEWBERRY, COLORADO DEPARTMENT OF CORRECTIONS,
and,
NURSE PRACTIONER DEBBIE ANDERSON, COLORADO DEPT. OF
     CORRECTIONS,

     Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R.

Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated this 27th  day of April, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00618-MSK-BNB

Rita J. Erickson
Prisoner No. 124753
CWCF
PO Box 500
Cañon City, CO 81215- 0500

Lt. Lee Newberry and NP Debbie Anderson - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Lt. Lee Newberry and NP Debbie Anderson; and to John Suthers: COMPLAINT FILED 03/29/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/27/07 .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk