IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00618-MSK-BNB

RITA J. ERICKSON #124753,

Plaintiff,

v.

LIEUTENANT LEE NEWBERRY, Colorado Department of Corrections, and
NURSE PRACTIONER DEBBIE ANDERSON, Colorado Dept. of Corrections,

Defendants.
_____

**ORDER**
_____

This matter is before me on defendants' **Motion to Stay Discovery and Vacate Scheduling Conference** [Doc. # 23, filed 6/29/2007] (the "Motion to Stay"). The Motion to Stay is DENIED.

The defendants seek to stay discovery and vacate the scheduling conference because they have filed a motion to dismiss asserting, among other grounds, qualified immunity. The district judge in this case has made known her views on the issue of staying discovery under these circumstances in Rome v. Romero, 225 F.R.D. 640 (D. Colo. 2004). At the scheduling conference on August 28, 2007, I will establish a case schedule and set limits on discovery consistent with the Rome decision.

IT IS ORDERED that the Motion to Stay is DENIED.

Dated July 2, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge