IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00618-MSK-BNB

RITA J. ERICKSON #124753,

    Plaintiff,

v.

LIEUTENANT LEE NEWBERRY, Colorado Department of Corrections, and
NURSE PRACTIONER DEBBIE ANDERSON, Colorado Dept. Of Corrections,

    Defendants.
_____

**ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**
_____

By an Order entered March 29, 2007 (Doc. # 2), plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to her account" until the filing fee is paid in full.  In the Order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why she has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of her inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

Plaintiff has failed to make the required monthly payment or show cause why she has no assets and no means by which to make the monthly payments for the

months of May, June, July, and August 2007. Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why she cannot.

The plaintiff has filed two letters--Doc. # 13, filed 6/14/2007; and Doc. # 17 filed 6/27/2007--indicating that she has requested that "inmate banking" stop making monthly payments in connection with a previous case (06-cv-01295-ZLW-BNB) that has been dismissed and make payments instead in this case. The Order Granting Leave to Proceed Pursuant to 28 U.S.C. §1915 in Civil Action No. 06-cv-01295-ZLW-BNB, however, specifically provides that "Plaintiff shall be required to pay the full amount of the required $350.00 filing fee pursuant to §1915(b)(1) regardless of the outcome of this action." [Doc. # 5, filed 7/14/2006.] Consequently, any amounts paid in Case No. 06-cv-01295-ZLW-BNB will continue to be applied to the outstanding balance in that case until the filing fee is paid in full. Plaintiff is required, in addition, to pay a separate filing fee in this case, either in the full amount of $350.00 if she is able, or an appropriate monthly fee of an additional 20% of her preceding month's income credited to her trust fund account. If she is unable to make that monthly payment, she must show cause as directed in the order entered in this case on March 29, 2007 [Doc. # 2]. Although the plaintiff's letters address the issue of payment of a partial filing fee, no such payment was made nor has the plaintiff complied with the requirements of the order of March 29, 2007, concerning how she may show cause why no such payment is required. In particular, the plaintiff has failed to file a "current certified copy of [her] trust fund account statement" in support of her effort, if any, to show cause. Order [Doc. # 2, filed 3/29/2007] at p. 2.

3

It is not acceptable for plaintiff to meet her monthly obligation only when specifically called upon by the Court through an order to pay or show cause. Such a procedure unreasonably burdens the Court. Consequently, hereafter I will require plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of her inmate trust fund account statement for the preceding month demonstrating that she has no assets and no means by which to make the monthly payment. If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this Order and with the Order allowing plaintiff to proceed *in forma pauperis* entered March 29, 2007.

IT IS ORDERED that on or before **September 3, 2007**, the plaintiff shall pay her partial filing fee in this case for the months of May, June, July, and August 2007, or show cause why she cannot make that payment.

IT IS FURTHER ORDERED that by the **15th day** of **each** month hereafter plaintiff shall either make the required monthly payment for each month or file a certified copy of her inmate trust fund account statement for the month demonstrating that she is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of her trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

4

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED August 20, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge