IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00618-MSK-BNB

RITA J. ERICKSON #124753,

    Plaintiff,

v.

LIEUTENANT LEE NEWBERRY, Colorado Department of Corrections, and,
NURSE PRACTIONER DEBBIE ANDERSON, Colorado Dept. Of Corrections,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned judge's new assistant has personal knowledge of this action and the litigants due to her prior employment with the Colorado Department of Corrections. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 5th day of September, 2007.

                                              **BY THE COURT:**

                                              Marcia S. Krieger

              United States District Judge