IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00618-WDM-BNB

RITA J. ERICKSON #124753,

Plaintiff,

v.

LIEUTENANT LEE NEWBERRY, Colorado Department of Corrections, and
NURSE PRACTIONER DEBBIE ANDERSON, Colorado Dept. of Corrections,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion to Stay Discovery** [docket no. 41, filed September 18, 2007] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and discovery is stayed pending resolution of defendants' Motion to Dismiss.

　　IT IS FURTHER ORDERED that the Pretrial Conference set for August 7, 2008, is **VACATED**.

DATED:  September 26, 2007