IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00618-WDM-BNB

RITA J. ERICKSON,

    Plaintiff,

v.

LIEUTENANT LEE NEWBERR, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for extension of time to file objection is granted to April 28, 2008.

Dated: March 31, 2008

                                      s/ Jane Trexler, Judicial Assistant