IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00618-WDM-BNB

RITA J. ERICKSON,

     Plaintiff,

v.

LIEUTENANT LEE NEWBERR, et al.,

     Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     This matter is before the court on Plaintiff's Motion To Produce Citations (Docket No. 67). There is no ambiguity in the court's Order (Docket No. 64) nor in the citations referenced therein and the court declines to issue an advisory opinion on the case law referenced in that decision. The motion is denied.

Dated: July 22, 2008

                           s/ Jane Trexler, Judicial Assistant