IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00618-WDM-BNB

RITA J. ERICKSON,

        Plaintiff,

v.

LIEUTENANT LEE NEWBERRY, and
NURSE PRACTITIONER DEBBIE ANDERSON,

        Defendants.

## ORDER TO CURE DEFICIENCY

Miller, Judge

    Plaintiff submitted a Notice of Appeal on September 16, 2008. I have determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue this appeal.

(A)    **Filing Fee**
        _X_   is not submitted

(B)    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
        _X_   is not submitted
        ___   is missing affidavit
        ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
        ___   is missing required financial information
        ___   is missing an original signature by the prisoner
        ___   is not on proper form (must use the court's current form)
        ___   other_____

Accordingly, it is

1

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 19th day of September, 2008.

BY THE COURT:

*(signature)*

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO